UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

-PS/CD-O-

---

JOHN CRUZ, 12293-055

    Petitioner,

  -v-

UNITED STATES of AMERICA,

    Respondent.

DECISION AND ORDER
10-CV-6371L

---

A petition for relief pursuant to 28 U.S.C. § 2255 has been filed by Victor Pacheco Diaz on behalf of John Cruz. The petition is signed by Victor Diaz. The Court cannot accept the petition without an original signature by John Cruz. Accordingly, the petition will be dismissed unless petitioner signs the petition by **August 11, 2010**.

The Clerk of the Court is directed to send to petitioner, at the address listed as his place of confinement on the petition, with this Order a copy of the original petition for his signature. The Clerk is also directed to send a copy of this Order to Victor Pacheco Diaz.

Petitioner is forewarned that if he fails to sign the petition as directed, the petition will be dismissed.

IT IS SO ORDERED.

                                              DAVID G. LARIMER
                                              United States District Judge

DATED: July 8, 2010
           Rochester, New York